### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                        CASE NO: 3:00CR84-005

NICO FLOYD
    Defendant.
_____/

### ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 motion (doc 294) advising that a reduction in defendant's sentence may be warranted by his continued cooperation and substantial assistance since his sentencing.  Although defendant was originally sentenced as permitted by Rule 5K1 to a period significantly below the guideline range and the minimum mandatory mandated sentence, the Court finds that a further reduction is proper to reward his continued and unusually significant assistance to the Government in the prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced from 120 months to 68 months.  In all other respects, the original sentence imposed by this Court's order filed 2 March 2001 shall remain unchanged.

    **ORDERED** this 4th day of August 2005.

                                                           s/*L.A. Collier*
                                                           LACEY A. COLLIER
                                                           Senior United States District Judge